1  Manuel D. Serpa, Calif. Bar No. 174182
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  770 The City Drive South Suite 2000
   Orange, CA 92868
4  Phone (714) 564-8644
5  Fax   (714) 940-0311
   Email:  manuel.serpa@binderlawfirm.com
6
7  Attorneys for Plaintiff Laurel Anne Giard

8

9                    UNITED STATES DISTRICT COURT
10
11                    CENTRAL DISTRICT OF CALIFORNIA

12

13  LAUREL ANNE GIARD,              )  No. EDCV 13-1206-CW
                                    )
14         Plaintiff,               )  **ORDER AWARDING ATTORNEY**
                                    )  **FEES UNDER THE EQUAL**
15         v.                       )  **ACCESS TO JUSTICE ACT,**
                                    )  **PURSUANT TO 28 U.S.C. § 2412(d),**
16                                  )  **AND COSTS, PURSUANT TO 28**
17  CAROLYN W. COLVIN,              )  **U.S.C. § 1920**
    Acting Commissioner of Social   )
18  Security,                       )
                                    )
19         Defendant.               )
20  _____

21

22         Based upon the parties' Stipulation for the Award and Payment of Equal

23  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

24  be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND

25  SEVEN HUNDRED THIRTY ONE dollars and 61/CENTS ($4,731.61), and costs

26  //

27  //

28

                                    1

under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED dollars and 00/CENTS ($400.00), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

Dated:  October 6, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge